ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Progressive Industries, Inc.                   )   ASBCA No.   62411
                                               )
Under Contract No.    N00183-17-P-0082         )

APPEARANCE FOR THE APPELLANT:        Mr. Neil O. O'Donnell
                                       Executive Vice President

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                       Navy Chief Trial Attorney
                                      Aimee L. Rider, Esq.
                                       Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 7, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62411, Appeal of Progressive Industries, Inc., rendered in conformance with the Board's Charter.

Dated:  July 7, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals